UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Rachelle Lee Stuart,                                                )
    Plaintiff,                                          )
                                                         )
    v.                                                   )        Civil:  25-2725
                                                         )
Frank Bisignano,                                                   )
Commissioner of the Social Security Administration,   )
    Defendant.                                          )

## AGREED ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Court, after reviewing the file and being advised by Stipulation the parties have agreed to an award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this Social Security appeal, finds that reimbursement should be made for attorney's fees in the amount of **$7,500**. The Commissioner also has no objection to an award of costs in the amount of **$405.00** for a court filing fee.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to the Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.

In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS THEREFORE ORDERED THAT**, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$7,500**. The check for attorney's fees should be made payable to Plaintiff and mailed to Plaintiff's attorney's address. Plaintiff is also awarded **$405.00** in costs for a court filing fee.

IT IS SO ORDERED.

Dated   June 24, 2026.

_S:/ John W. Lungstrum_
JOHN W. LUNGSTRUM
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED:

Ryan A. Kreigshauser
United States Attorney

s/ Narissa Webber
Narissa Webber
Social Security Administration - MD
Office of Program Litigation - 6
6401 Security Boulevard
Baltimore, MD 21235
303-844-3481
Fax: 833-410-1626
Email: narissa.webber@ssa.gov

s/ Roger M. Driskill
ROGER M. DRISKILL
KS Federal District Court #70782
Burnett Driskill, Attorneys
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
Tel: (816) 781-4836
*rmdriskill@burnettdriskill.com*
Attorney for Plaintiff

2